

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**MATTHEW J. MODAFFERI**
Assistant Corporation Counsel
E-mail: mmodaffe@law.nyc.gov
Phone: (212) 788-1652
Fax: (212) 788-9776

October 31, 2011

**BY ECF**
Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Scott James Stuart v. City of New York, et al., 11-CV-2315 (CBA)(RER)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendants City of New York and Detective Charles Stewart in the above-referenced matter, in which plaintiff alleges that he was falsely arrested and excessive force was used against him. Defendants write to respectfully request a settlement conference in this matter. Plaintiff's counsel, Darius Wadia, Esq., consents and joins in this request.

Since the initial conference on August 30, 2011, the parties have exchanged the relevant records, responded to discovery demands and engaged in meaningful settlement negotiations. However, the parties seek the Court's assistance in an attempt to resolve this matter. Accordingly, the parties respectfully request a settlement conference in this matter at the convenience of the Court.

Thank you for your consideration herein.

Respectfully submitted,

/s/

Matthew J. Modafferi
Assistant Corporation Counsel
Special Federal Litigation Division

cc:    Darius Wadia, Esq. (By ECF)
        *Attorney for plaintiff*
        233 Broadway, Suite 2208
        New York, New York 10279